B6A (Official Form 6A) (12/07)

In re **Joann Ruis Burgos**                     Case No. **15-31984-13** _____
                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead 3612 Waynoka Dr. Carrollton Tx 75234 4 Bedroom 3.5 Bath | Fee Simple | - | $310,000.00 | $258,000.00 |
| Ex-Spouses Residence 1800 Woodside Rd, Carrolton Tx 75007. Awarded to Husband in Divorce, Debtor is surrendering any interest in the property | Fee Simple | - | $0.00 | $52,588.00 |
| | | Total: | $310,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Joann Ruis Burgos**                                          Case No. __15-31984-13_____
                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Money in Purse | - | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BB&T Checking account | - | $40.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 4 beds | - | $450.00 |
| | | 2 Sofa's | - | $400.00 |
| | | Dining table | - | $300.00 |
| | | Dining room chairs | - | $300.00 |
| | | Living room TV | - | $400.00 |
| | | Living Room Table | - | $350.00 |
| | | Linens | - | $300.00 |
| | | Pillows | - | $400.00 |
| | | Refridgerator | - | $350.00 |
| | | Living Room Hutch | - | $450.00 |
| | | Kitchen Untesils | - | $400.00 |
| | | Microwave | - | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Joann Ruis Burgos**                                   Case No.   **15-31984-13**
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Coffee Machine | - | $40.00 |
| | | Bedroom 1 dressor | - | $300.00 |
| | | Bedroom 2 dressor | - | $300.00 |
| | | Bedroom 3 Dressor | - | $300.00 |
| | | Dishware | - | $200.00 |
| | | garden tools | - | $50.00 |
| | | 2 Computers | - | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing for 1 adult and 2 children | - | $500.00 |
| 7. Furs and jewelry. | | assorted earings and assesories | - | $500.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Joann Ruis Burgos**                    Case No.    **15-31984-13**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | PNC Pension | - | $76,000.00 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joann Ruis Burgos**                                                       Case No.    **15-31984-13**
                                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Cavalier High Millage Driven by 16 Year old | - | $500.00 |
| | | 2009 Nissan Moreno, financed by Daughter but paid for by Debtor and used for travel to work | - | $18,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joann Ruis Burgos**                                             Case No.   **15-31984-13**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 small dogs | - | $60.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached          **Total  >**          **$101,510.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Joann Ruis Burgos**                                        Case No.  **15-31984-13**
                                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead 3612 Waynoka Dr. Carrollton Tx 75234 4 Bedroom 3.5 Bath | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $52,000.00 | $310,000.00 |
| 4 beds | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $450.00 | $450.00 |
| 2 Sofa's | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Dining table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Dining room chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Living room TV | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Living Room Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| Linens | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Pillows | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Refridgerator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$55,250.00** | **$313,250.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **Joann Ruis Burgos**                              Case No. **15-31984-13**
                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Living Room Hutch | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $450.00 | $450.00 |
| Kitchen Untesils | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Microwave | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Coffee Machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $40.00 | $40.00 |
| Bedroom 1 dressor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Bedroom 2 dressor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Bedroom 3 Dressor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Dishware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| garden tools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| 2 Computers | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Clothing for 1 adult and 2 children | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $500.00 | $500.00 |
| assorted earings and assesories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $500.00 | $500.00 |
| PNC Pension | Tex. Prop. Code § 42.0021 | $76,000.00 | $76,000.00 |
| | | **$134,890.00** | **$392,890.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **Joann Ruis Burgos**                               Case No. **15-31984-13**
                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1998 Cavalier High Millage Driven by 16 Year old | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $500.00 | $500.00 |
| 2009 Nissan Moreno, financed by Daughter but paid for by Debtor and used for travel to work | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $18,000.00 |
| 2 small dogs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $60.00 | $60.00 |
| | | $135,450.00 | $411,450.00 |

B6D (Official Form 6D) (12/07)

In re **Joann Ruis Burgos**                              Case No. **15-31984-13**

                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**JP Morgan Chase**<br>**340 S Clevland**<br>**WESTERVILLE, OH 43081** | | - | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>VALUE: **$310,000.00** | | | | **$228,000.00** | |
| ACCT #:<br><br>**JP Morgan Chase**<br>**340 S Clevland**<br>**WESTERVILLE, OH 43081** | | - | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>VALUE: **$310,000.00** | | | | **$30,000.00** | |
| ACCT #: **xxxxxxxx8277**<br><br>**Pnc Mortgage**<br>**Po Box 8703**<br>**Dayton, OH 45401** | | - | DATE INCURRED: **02/2004**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**House awarded to Ex Spouse in Divorce**<br>VALUE: **$0.00** | | | | **$52,588.00** | **$52,588.00** |
| ACCT #:<br><br>**Savanna Valdez**<br>**3612 Waynoka Dr.**<br>**Carrollton, Tx 75007** | | - | DATE INCURRED: **2013**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2009 Nissan**<br>REMARKS:<br><br>VALUE: **$18,000.00** | | | | **$18,000.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$328,588.00** | **$52,588.00** |
| | | | Total (Use only on last page) > | | | | **$328,588.00** | **$52,588.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **Joann Ruis Burgos**     Case No. ___**15-31984-13**___
                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Joann Ruis Burgos**　　　　　　　　　　　　Case No. __15-31984-13__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Ramos Law Firm**<br>**2704 Valley View Lane**<br>**Farmers Branch, Tx 75234** | | - | DATE INCURRED: **05/04/2015**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $3,500.00 | $3,500.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $3,500.00 | $3,500.00 | $0.00 |

| | | |
|---|---|
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $3,500.00 | | |

| | | |
|---|---|
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $3,500.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re **Joann Ruis Burgos**                                    Case No. **15-31984-13**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx0183** <br> **Ad Astra Rec** <br> **8918 W 21st St. N Suite 200** <br> **Mailbox: 112** <br> **Wichita, KS 67205** | | - | DATE INCURRED: **03/2014** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: | | | | $1,245.00 |
| ACCT #: **xxxxxxxxxxxx1633** <br> **American Express** <br> **PO Box 3001** <br> **16 General Warren Blvd** <br> **Malvern, PA 19355** | | - | DATE INCURRED: **07/1993** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $0.00 |
| ACCT #: **xxxxxxxxx3099** <br> **Bankamerica** <br> **PO Box 15168** <br> **Wilmington, DE 19850** | | - | DATE INCURRED: **11/28/2005** <br> CONSIDERATION: <br> **Check Credit or Line of Credit** <br> REMARKS: | | | | $0.00 |
| ACCT #: **xxxxx3134** <br> **Bayview Financial Loan** <br> **Bankruptcy Dept** <br> **4425 Ponce De Leon Blvd  5th Fl** <br> **Miami, FL 33146** | | - | DATE INCURRED: **04/28/2005** <br> CONSIDERATION: <br> **Unknown Loan Type** <br> REMARKS: | | | | $0.00 |
| ACCT #: **xxxxx3133** <br> **Bayview Financial Loan** <br> **Bankruptcy Dept** <br> **4425 Ponce De Leon Blvd  5th Fl** <br> **Miami, FL 33146** | | - | DATE INCURRED: **04/28/2005** <br> CONSIDERATION: <br> **Unknown Loan Type** <br> REMARKS: | | | | $0.00 |
| ACCT #: **xxxxxxx7155** <br> **Cap1/neimn** <br> **26525 N Riverwoods Blvd** <br> **Mettawa, IL 60045** | | - | DATE INCURRED: **01/18/2004** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | $0.00 |

Subtotal > $1,245.00

Total >
(Use only on last page of the completed Schedule F.)

_____**5**_____continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Joann Ruis Burgos**                                    Case No. **15-31984-13**
                                                                       (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx8000** <br> **Cbna** <br> **Po Box 6282** <br> **Sioux Falls, SD 57117** | | - | DATE INCURRED: **06/1990** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxxxxxx3195** <br> **Chase Mtg** <br> **Po Box 24696** <br> **Columbus, OH 43224** | | - | DATE INCURRED: **05/2007** <br> CONSIDERATION: <br> **Conventional Real Estate Mortgage** <br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **Codils & Stawiarski, P.C.** <br> **650 N. Sam Houston Parkway, East, STE 45** <br> **Houston, TX 77060** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxx1070** <br> **Comenity Bank/Limited Too** <br> **Attention: Bankruptcy** <br> **P.O. Box 182125** <br> **Columbus, OH 43218** | | - | DATE INCURRED: **09/2001** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxxxxxxxx1864** <br> **Credit One Bank** <br> **PO Box 98873** <br> **Las Vegas, NV 89193** | | - | DATE INCURRED: **01/2014** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$457.00** |
| ACCT #: **xxxxxxxx3400** <br> **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | | - | DATE INCURRED: **12/1992** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$0.00** |

Sheet no. ___1___ of ___5___ continuation sheets attached to                    **Subtotal >**          **$457.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joann Ruis Burgos**                                     Case No.   **15-31984-13**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxx2220**<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | - | DATE INCURRED:  **11/11/1999**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxx2392**<br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107** | | - | DATE INCURRED:  **11/2014**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$337.00** |
| ACCT #:  **xxxxx5590**<br>**GECRB Lending Inc**<br>**Attn: Correspondence/Bankruptcy**<br>**PO Box 5064**<br>**Costa Mesa, GA 92608** | | - | DATE INCURRED:  **12/2003**<br>CONSIDERATION:<br>**Recreational**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxx9465**<br>**GECRB/ Old Navy**<br>**Attention:  GEMB**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **02/01/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxx3823**<br>**GECRB/JC Penny**<br>**Attention:  Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **10/13/1990**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxx6878**<br>**Jared/Sterling Jewelers**<br>**PO Box 1799**<br>**Attn: Bankruptcy**<br>**Akron, OH 44333** | | - | DATE INCURRED:  **11/30/2000**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached to                        **Subtotal >** | **$337.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joann Ruis Burgos**                                       Case No. **15-31984-13**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxx6718**<br>**Kohls/capone**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | - | DATE INCURRED: **06/2002**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxxxxxxxxxx7061**<br>**Navy Fcu**<br>**820 Follin Ln Se**<br>**Vienna, VA 22180** | | - | DATE INCURRED: **12/23/1992**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Ex-spouses acct** | | | X | **$48,141.00** |
| ACCT #: **xxxxxxxxx0003**<br>**Navy Federal Cr Union**<br>**Po Box 3700**<br>**Merrifield, VA 22119** | | - | DATE INCURRED: **06/2004**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxxx7383**<br>**Navy Federal Credit Un**<br>**Attention: Bankruptcy**<br>**PO Box 3000**<br>**Merrifield, VA 22119** | | - | DATE INCURRED: **09/2004**<br>CONSIDERATION:<br>**Lease**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Neal Ashmore**<br>**401 E. Corperate Drive, Ste 100**<br>**Lewisville, Texas 75057** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **xxxxxxxxxxxx1665**<br>**Nordstrom FSB**<br>**Attention: Bankruptcy Department**<br>**PO Box 6566**<br>**Englewood, CO 80155** | | - | DATE INCURRED: **03/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,722.00** |

Sheet no. ____**3**____ of ____**5**____ continuation sheets attached to                    Subtotal >    |    **$51,863.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Joann Ruis Burgos**                                      Case No. **15-31984-13**

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**NTTA**<br>**PO BOX 660244**<br>**Dallas, TX 75266-0244** | | - | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Toll Charges**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **xxxxxxxx0016**<br>**PNC**<br>**Attention: Bankruptcy**<br>**6750 Miller Rd.**<br>**Brecksville, OH 44141** | | - | DATE INCURRED: **02/2001**<br>CONSIDERATION:<br>**Real Estate Mortgage without Other Collateral**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxxxxx0071**<br>**Pnc Mortgage**<br>**Po Box 8703**<br>**Dayton, OH 45401** | | - | DATE INCURRED: **12/2003**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxxxxx0470**<br>**Pnc Mortgage**<br>**Po Box 8703**<br>**Dayton, OH 45401** | | - | DATE INCURRED: **11/2003**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxx1554**<br>**Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$313.00** |
| ACCT #: **xxx2473**<br>**Professional Finance C**<br>**5754 W 11th St Ste 100**<br>**Greeley, CO 80634** | | | DATE INCURRED: **10/2014**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$181.00** |

Sheet no. _____**4**_____ of _____**5**_____ continuation sheets attached to                    Subtotal >        **$494.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                                                          **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joann Ruis Burgos**                                  Case No.   **15-31984-13**
_____                                  _____
                                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxx1918**<br>**Sears/cbna**<br>**Po Box 6282**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:  **10/14/2001**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxxx0011**<br>**Syncb/mervyns**<br>**Po Box 965005**<br>**Orlando, FL 32896** | | - | DATE INCURRED:  **11/01/1990**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**The Wright Firm, L.L.P.**<br>**1660 S.Stemmons Ste 150**<br>**Lock Box 20**<br>**Lewisville, Texas 75067** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xx3743**<br>**Trinity Dermatology**<br>**4340 N Josey Ln Ste 100**<br>**Carrollton, TX 75010** | | - | DATE INCURRED:  **05/2010**<br>CONSIDERATION:<br>**Medical Debt**<br>REMARKS: | | | | **($1.00)** |
| ACCT #:  **xxxxxx4884**<br>**Wffnatbank**<br>**Po Box 94498**<br>**Las Vegas, NV 89193** | | - | DATE INCURRED:  **12/2002**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| | | | | | | | |

Sheet no. ____**5**____ of ____**5**____ continuation sheets attached to                                     **Subtotal >** | **($1.00)**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >** | **$54,395.00**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Joann Ruis Burgos**                                       Case No. <u>15-31984-13</u>
                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|   |   |

B6H (Official Form 6H) (12/07)

In re **Joann Ruis Burgos**                                       Case No. __15-31984-13_____

                                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joann** | **Ruis** | **Burgos** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **15-31984-13** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed | ☐ Employed |
| | ☑ Not employed | ☐ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____ | _____ |
| | Number  Street | Number  Street |
| | _____ | _____ |
| | _____ | _____ |
| | City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | _____ | _____ |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  **$2,850.00** | _____ |
| **3.** | Estimate and list monthly overtime pay. | 3. + **$2,061.80** | _____ |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4.  **$4,911.80** | _____ |

Debtor 1  **Joann**              **Ruis**                  **Burgos**                         Case number (if known)  **15-31984-13**
          First Name             Middle Name               Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................. ➔ 4. | $4,911.80 | |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** **Tax, Medicare, and Social Security deductions** 5a. | $905.36 | |
| | **5b.** **Mandatory contributions for retirement plans** 5b. | $0.00 | |
| | **5c.** **Voluntary contributions for retirement plans** 5c. | $0.00 | |
| | **5d.** **Required repayments of retirement fund loans** 5d. | $0.00 | |
| | **5e.** **Insurance** 5e. | $0.00 | |
| | **5f.** **Domestic support obligations** 5f. | $0.00 | |
| | **5g.** **Union dues** 5g. | $0.00 | |
| | **5h.** **Other deductions.** Specify: **See continuation sheet** 5h. **+** | $52.22 | |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. 6. | $957.58 | |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4. 7. | $3,954.22 | |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** **Net income from rental property and from operating a business, profession, or farm** 8a. | $0.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b.** **Interest and dividends** 8b. | $0.00 | |
| | **8c.** **Family support payments that you, a non-filing spouse, or a dependent regularly receive** 8c. | $600.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d.** **Unemployment compensation** 8d. | $0.00 | |
| | **8e.** **Social Security** 8e. | $0.00 | |
| | **8f.** **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: 8f. | $0.00 | |
| | **8g.** **Pension or retirement income** 8g. | $0.00 | |
| | **8h.** **Other monthly income.** Specify: **Bonus** 8h. **+** | $700.00 | |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | $1,300.00 | |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. | $5,254.22 **+** | **=** $5,254.22 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11.  **+** _____ $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.   12.   $5,254.22
**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.     **None.**
☐ Yes. Explain:

Debtor 1   **Joann**          **Ruis**          **Burgos**                    Case number (if known)   **15-31984-13**
　　　　　First Name　　　　Middle Name　　　Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **5h. Other Payroll Deductions (details)** | | |
| **Vision** | **$6.06** | |
| **Medical** | **$46.16** | |
| Totals: | **$52.22** | |

**Fill in this information to identify your case:**

Debtor 1    **Joann**      **Ruis**      **Burgos**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS**

Case number    **15-31984-13**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☒ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent....................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

4. **The rental or home ownership expenses for your residence.**    4.    **$2,200.00**
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

4a. Real estate taxes    4a. _____

4b. Property, homeowner's, or renter's insurance    4b. _____

4c. Home maintenance, repair, and upkeep expenses    4c. _____

4d. Homeowner's association or condominium dues    4d. _____

Debtor 1 **Joann** **Ruis** **Burgos** Case number (if known) **15-31984-13**
First Name Middle Name Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$250.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$120.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$150.00** |
| | 6d. Other. Specify: | 6d. | **$100.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$400.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| 10. | **Personal care products and services** | 10. | **$80.00** |
| 11. | **Medical and dental expenses** | 11. | **$80.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | **$236.00** |
| | 15c. Vehicle insurance | 15c. | **$150.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 **Car Payment** | 17a. | **$462.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: **Pet Expence** | 17c. | **$35.00** |
| | 17d. Other. Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | |
| | 20b. Real estate taxes | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e. Homeowner's association or condominium dues | 20e. | |

| Debtor 1 | **Joann** | **Ruis** | **Burgos** | Case number (if known) | **15-31984-13** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**21. Other.** Specify: _____     21. **+** _____

**22. Your monthly expenses.**   Add lines 4 through 21.
The result is your monthly expenses.                                     22.  |  **$4,613.00**

**23. Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.     23a.        **$5,254.22**

23b.   Copy your monthly expenses from line 22 above.     23b.  **−**     **$4,613.00**

23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                                    23c.         **$641.22**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:
**None.**

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re  **Joann Ruis Burgos**                                  Case No.    **15-31984-13**

Chapter    **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $310,000.00 | | |
| B - Personal Property | Yes | 5 | $101,510.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $328,588.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $3,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $54,395.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $5,254.22 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $4,613.00 |
| TOTAL | | 26 | $411,510.00 | $386,483.00 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **Joann Ruis Burgos**                                Case No.    **15-31984-13**

                                                            Chapter    **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$5,254.22** |
| Average Expenses (from Schedule J, Line 22) | **$4,613.00** |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | **$5,661.80** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$52,588.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$3,500.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$54,395.00** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$106,983.00** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Joann Ruis Burgos**   Case No. **15-31984-13**
                                               (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **6/1/2015** _____   Signature **/s/ Joann Ruis Burgos** _____
                                                        **Joann Ruis Burgos**

Date _____   Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*